**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARY SMITH-JONES**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:25-cv-00304-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of

the Commissioner.

IT IS SO ADJUDGED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE